# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 3408

Alef Judaica, Inc.,
    v.
Merchandise Mart, L.L.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant:   Merchandise Mart, L.L.C.

| | |
|---|---|
| NAME (Type or print) <br> Amanda E. Adrian | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Amanda E. Adrian | |
| FIRM <br> Perkins Coie LLP | |
| STREET ADDRESS <br> 131 South Dearborn Street, #1700 | |
| CITY/STATE/ZIP <br> Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06282419 | TELEPHONE NUMBER <br> 312.324.8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |