IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ALEF JUDAICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCHANDISE MART, L.L.C., <br><br> Defendant. | No. 08CV3408 <br><br> Judge Lindberg <br> Magistrate Judge Brown |

## LOCAL RULE 3.2 STATEMENT OF DISCLOSURE

Pursuant to Local Rule 3.2, Defendant Merchandise Mart, L.L.C. ("The Mart"), by its undersigned attorneys, states as follows:

1. The Mart's sole member is Vornado Realty LP.

2. Vornado Realty LP's sole member is Vornado Realty Trust, a publicly traded real estate investment trust.

Dated: July 2, 2008                               Respectfully submitted,


                                                  By:___/s/ Amanda E. Adrian_____
                                                       One of the attorneys for Defendant
                                                       Merchandise Mart, L.L.C.

PERKINS COIE LLP
Christopher B. Wilson
Amanda E. Adrian
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel:  312.324.8400
Fax:  312.324.9400

## CERTIFICATE OF SERVICE

    I, Amanda E. Adrian, certify that on July 2, 2008, I caused a true and complete copy of the Defendant's **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD, NOTICE OF MOTION and LOCAL RULE 3.2 STATEMENT OF DISCLOSURE** to be served by CM/ECF upon:

Max A. Stein
Reed Smith LLP
10 S. Wacker Dr.
Chicago, Illinois 60606

                                          /s/ Amanda E. Adrian