IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ALEF JUDAICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCHANDISE MART, L.L.C., <br><br> Defendant. | No. 08CV3408 <br><br> Judge Lindberg <br> Magistrate Judge Brown |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

Defendant Merchandise Mart, L.L.C. ("The Mart") hereby moves this Court for an order extending its time to answer, move or otherwise plead to Plaintiff Alef Judaica's ("Alef") Complaint. In support of this motion, The Mart states as follows:

1. On June 13, 2008, The Mart was served with Plaintiff's Complaint through The Mart's registered agent, CT Corporation System.

2. Pursuant to Fed. R. Civ. P. 12(a), The Mart's answer is due July 3, 2008.

3. The Mart has recently retained counsel in connection with this matter and counsel for The Mart did not receive confirmation that The Mart had been served until June 26, 2008.

4. In order to investigate and fully respond to the allegations in Alef's complaint, The Mart requests an additional thirty (30) days to answer, move or otherwise plead to the Complaint, until and including August 4, 2008.

5. This motion is not brought for purposes of delay, but rather to promote the orderly disposition of issues raised by the Complaint. This is The Mart's first request for an extension of the time to answer, move or otherwise plead, and Alef will not suffer any prejudice as a result of the requested extension.

6. Counsel for The Mart has conferred with counsel for Alef and Alef agrees to the requested extension.

WHEREFORE, The Mart requests that this Court enter an order extending its time to respond to the Complaint until August 4, 2008.

Dated: July 2, 2008

Respectfully submitted,

MERCHANDISE MART, L.L.C.

By: /s/ Amanda E. Adrian
One of Its Attorneys

PERKINS COIE LLP
Christopher B. Wilson
Amanda E. Adrian
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: 312.324.8400
Fax: 312.324.9400

## CERTIFICATE OF SERVICE

    I, Amanda E. Adrian, certify that on July 2, 2008, I caused a true and complete copy of the Defendant's **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD, NOTICE OF MOTION and LOCAL RULE 3.2 STATEMENT OF DISCLOSURE** to be served by CM/ECF upon:

Max A. Stein
Reed Smith LLP
10 S. Wacker Dr.
Chicago, Illinois 60606

                                                               /s/ Amanda E. Adrian