IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ALEF JUDAICA, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCHANDISE MART, L.L.C.,<br><br>　　　　　Defendant. | No. 08CV3408<br><br>Judge Lindberg<br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO:　Max A. Stein
　　　Reed Smith LLP
　　　10 S. Wacker Dr.
　　　Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on **July 9, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lindberg, or any judge sitting in his stead, in Courtroom 1425 in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD** a copy of which is attached hereto and herewith served upon you.

Dated: July 2, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:＿＿/s/ Amanda E. Adrian＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　One of the attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Merchandise Mart, L.L.C.

PERKINS COIE LLP
Christopher B. Wilson
Amanda E. Adrian
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: 312.324.8400
Fax: 312.324.9400

## CERTIFICATE OF SERVICE

I, Amanda E. Adrian, certify that on July 2, 2008, I caused a true and complete copy of the Defendant's **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD, NOTICE OF MOTION and LOCAL RULE 3.2 STATEMENT OF DISCLOSURE** to be served by CM/ECF upon:

Max A. Stein
Reed Smith LLP
10 S. Wacker Dr.
Chicago, Illinois 60606


        /s/ Amanda E. Adrian

39535-0003/LEGAL13474426.1