UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Alef Judaica, Inc.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−03408
                                            Honorable George W. Lindberg

Merchandise Mart, L.L.C.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendant's Agreed Motion for Extension of Time to Answer, Move or Otherwise Plead [11] is granted. Defendant is granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before August 4, 2008. The parties' July 9, 2008 status hearing is rescheduled to August 13, 2008 at 9:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.