UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Alef Judaica, Inc.
                              Plaintiff,

v.                                             Case No.: 1:08−cv−03408
                                                     Honorable George W. Lindberg

Merchandise Mart, L.L.C.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

       MINUTE entry before the Honorable George W. Lindberg: Status hearing held and continued to 9/24/2008 at 9:30a.m. Discovery cutoff set for 1/7/2009. Discovery hearing set for 12/3/2008 at 9:30a.m. Motion for summary judgment due 1/28/2009. Response to the motion for summary judgment due 2/11/2009. Reply due 2/18/2009. Ruling set for 3/18/2009 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 3/30/2009. Jury Trial set for 4/6/2009 at 10:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.